JOHN R. FABRY
*Pro Hac Vice*
JFabry@carlsonattorneys.com
LUIS MUNOZ
*Pro Hac Vice*
LMunoz@carlsonattorneys.com
**THE CARLSON LAW FIRM, P.C.**
1717 N. Interstate Highway 35, Suite 305
Round Rock, Texas 78664
Telephone: (512) 671-7277
F: (512) 238-0275

ARI MOSS
Bar No. 238579
MOSS BOLLINGER, LLP
15300 Ventura Blvd., Ste. 207
Sherman Oaks, California 91403
Telephone: (310) 982-2984
F: (818) 963-5954
Email: ari@mossbollinger.com

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **MARIA ALVAREZ, ET AL.**<br><br>**Plaintiffs,**<br><br>VS.<br><br>**ADTALEM GLOBAL EDUCATION, INC. formerly known as DEVRY EDUCATION GROUP, INC.; DEVRY UNIVERSITY, INC.; and DOES 1 through 10**<br><br>**Defendants.** | **CASE NO.: 4:19-cv-04079-JSW**<br><br>**JOINT STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANTS' 12(b)(6) MOTION TO DISMISS**<br><br>[Accompanying Documents: Proposed Order] |

Pursuant to Civil Local Rules 6-1(a), 6-1(b) and 7-12, Plaintiffs and Defendants respectfully submit this Joint Stipulation to Amend Briefing Schedule on Defendants' 12(b)(6) Motion to Dismiss and state as follows:

WHEREAS, Defendants filed a Rule 12(b)(6) motion to dismiss on October 1, 2019;

1   WHEREAS, pursuant to the Court's October 15, 2019 Order, Plaintiffs' response to
2  Defendants' motion was due October 22, 2019;

3   WHEREAS, on October 22, 2019, Plaintiffs timely filed a response which was
4  inadvertently over the page limit as required by this Court's Standing Order;

5   WHEREAS, on October 23, 2019, the Parties conferred regarding Plaintiffs' response
6  brief;

7   WHEREAS, the Parties have agreed that Plaintiffs may have until October 25, 2019 to file
8  an amended response that conforms to the page limitations set forth in this Court's Standing Order,
9  and that Defendants' reply to the amended response shall be filed on November 1, 2019;

10   WHEREAS, good cause exists for amending the briefing schedule to allow Plaintiffs to
11  file an amended response that conforms to the Court's page limitations and allow Defendants
12  sufficient time to reply;

13   WHEREAS, there has been one previous time modification in this case, by stipulation and
14  subsequent Court Order;

15   WHEREAS, the hearing on Defendants' motion to dismiss has been set for December 20,
16  2019 and this request for time modification is timely filed—well over fourteen (14) days prior to
17  the hearing, pursuant to Civil Local Rule 6-1(b);

18   WHEREAS, amending the briefing schedule will not prejudice the parties or the Court and
19  will not affect the Court's schedule for this case other than the deadline for Defendants' reply;

20   NOW, THEREFORE, pursuant to Local Rules 6-1(a), 6-1(b), and 7-12, the Parties submit
21  this Joint Stipulation to Amend the Briefing Schedule .

22  Dated: October 24, 2019.

                                              Respectfully submitted,

                                              **THE CARLSON LAW FIRM, P.C.**
                                              1717 N. Interstate Highway 35, Ste. 305
                                              Round Rock, TX 78664
                                              Phone: (512) 671-7277
                                              Fax: (512) 238-0275

By:     /s/ John R. Fabry_____
        **JOHN R. FABRY, OF COUNSEL**
        *Pro Hac Vice*
        jfabry@carlsonattorneys.com
        **LUIS MUNOZ**
        *Pro Hac Vice*
        lmunoz@carlsonattorneys.com

**MOSS BOLLINGER, LLP**
15300 Ventura Blvd., Ste. 207
Sherman Oaks, California 91403
Phone: (310) 982-2984
Fax: (818) 963-5954

By:     /s/ Ari Moss_____
        **ARI MOSS**
        State Bar No. 238579
        ari@mossbollinger.com

**COUNSEL FOR PLAINTIFFS**


**STEPTOE & JOHNSON LLP**
One Market Street
Spear Tower, Ste. 3900
San Francisco, CA 94105
Phone: (415) 365-6700
Fax: (415) 365-6699

By:     */s/* Laurie Edelstein_____
        **LAURIE EDELSTEIN**
        State Bar No. 164466
        ledelstein@Steptoe.com


**STEPTOE & JOHNSON LLP**
1330 Connecticut Ave. N.W.
Washington, D.C. 20036
Phone: (202) 429-3000
Fax: (202) 429-3902
**PATRICIA B. PALACIOS**
*(pro hac vice to be Filed)*
ppalacios@Steptoe.com


**STEPTOE & JOHNSON LLP**
227 West Monroe Street, Ste. 4700
Chicago, Illinois 60606
Phone: (312) 577-1273
Fax: (312) 577-1370

**WILLIAM R. ANDRICHIK**
*(pro hac vice to be filed)*
wandrichik@Steptoe.com

**COUNSEL FOR DEFENDANTS**