1 | JOHN R. FABRY
Pro Hac Vice
2 | JFabry@carlsonattorneys.com
3 | LUIS MUNOZ
Pro Hac Vice
4 | LMunoz@carlsonattorneys.com
**THE CARLSON LAW FIRM, P.C.**
5 | 1717 N. Interstate Highway 35, Suite 305
Round Rock, Texas 78664
6 | Telephone: (512) 671-7277
7 | F: (512) 238-0275

8 | ARI MOSS
Bar No. 238579
9 | **MOSS BOLLINGER, LLP**
15300 Ventura Blvd., Ste. 207
10 | Sherman Oaks, California 91403
11 | Telephone: (310) 982-2984
F: (818) 963-5954
12 | Email: ari@mossbollinger.com

13
**ATTORNEYS FOR PLAINTIFFS**
14

15

16 | **UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
17 | OAKLAND DIVISION**

18 | **MARIA ALVAREZ, ET AL.**

19 |                Plaintiffs,     | **CASE NO.: 4:19-cv-04079-JSW**

20 |        VS.                     | **[**~~PROPOSED~~**] ORDER**

21
**ADTALEM GLOBAL EDUCATION, INC.
22 | formerly known as DEVRY EDUCATION
GROUP, INC.; DEVRY UNIVERSITY,
23 | INC.; and DOES 1 through 10**

24 |           **Defendants.**

25

26

27

28

1
ORDER ON STIPULATION TO AMEND BRIEFING SCHEDULE ON 12(B)(6) MOTION TO DISMISS   No. 19 Civ. 04079 (JSW)

**[PROPOSED] ORDER**

Having reviewed the parties' Joint Stipulation to Amend Briefing Schedule, and for good cause showing, the Court ORDERS that Plaintiffs' Amended Response to Defendants' 12(b)(6) Motion to Dismiss [Dkt. 17], shall be filed no later than October 25, 2019. Defendants' reply shall be filed no later than November 1, 2019.

IT IS SO ORDERED.

**Dated** this  30th  day of  October , 2019.

_____
The Honorable Jeffrey S. White
United States District Court Judge