Laurie Edelstein (Bar No. 164466)
STEPTOE & JOHNSON LLP
One Market Street
Spear Tower, Suite 3900
San Francisco, CA 94105
Phone: (415) 365-6700
Fax:    (415) 365-6699
ledelstein@steptoe.com

Patricia B. Palacios (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. NW
Washington, DC 20036
Phone: (202) 429-3000
Fax:    (202) 429-3902
ppalacios@steptoe.com

William R. Andrichik (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
227 West Monroe Street
Suite 4700
Chicago, IL 60606
Phone: (312) 577-1300
Fax:    (312) 577-1370
wandrichik@steptoe.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Maria Alvarez, Susan Gorme, Ahmed Nikzad, Oliver Rowe, Angela Lazrovich, Steven Lujan, William Caldwell, Paul Herrera, Erica Alvarez, Monika Steinborn, Quan Le, Ethan Bownds, Julius Febre, Kelly Baker, Juanita Gaines, Manuel Delgado, Bascir Smith, Adam Zuniga, Jaspreet Kaur, Eric Toliver, Deitra Jones, Javier Ruiz, Crystal Beauchamp, Genero Vega, John Graham, LaVail Marshall, Andrew Vides, Brandon York, Brian Maloney, Warren Rose, Richard Valerio, Kenneth Ruis, Alicia Brown, Romualdo Castro Jr., Lance Andrew Alan Sunde, Navneets Shergill, Kristina Aguilar, Jeremy Hopcroft, Kelisha Arrington, Gustavo Fiscer, Christopher Mund, Larry Franklin Jr., Andria Bailey, Lisett Martinez, Charley Baskett, Berta Medina, Hector Blanco, | No. 19 Civ. 04079 (JSW)<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR PROTECTIVE ORDER**<br><br>Judge: Hon. Jeffrey S. White<br><br>Hearing Date: April 27, 2020<br>Time: 9:00 a.m.<br>Place: Courtroom 5 – 2nd Floor<br><br>Accompanying Documents:<br>1. Declaration of William R. Andrichik and Exhibit A<br>2. Proposed Order |

**STEPTOE & JOHNSON LLP**
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

Owais Omer, Liliana Molina, Larry Burroughs, )
Richard Lester, Kevin Carter, Alex Castillo, Jason )
Helring, Vince Robinson, Michael Coats, Jeffrey )
Kaner, Lizbeth Eriza, Wesley Lisska, Miguel )
Enriquez, Sven-Eric Montes, Matthew Guimond, )
Alfred Hernandez III, Joel Luis, Ivan Ocegueda, )
Kristi Hernandez, Aaron Gonzalez, Enriqueta )
Ramirez, William Smith, Mario Marquez, Lauri )
Jaramillo, John Sanjeev Gagoomal, Francisco )
Javier Fuentes Cabrera, Tyler Jones, Adriana )
Marquez, Joseph Klecka, Jasmine Lovett, Robert )
Saige Jr., Lenore Mallek, Paula Lochray, Arturo )
Saz, Sajaad Shah, Jenifer Wells, Yi Wang, )
Brandon Lorenz, Marcos Arroyo, Kevin Scott )
Wilson, Sheena Todd, Glenn Boucher, Kassandra )
Peraza, Jose Salvador Zavala, Jonathan Salazar, )
Angelica Villalobos, Raymond Perez, Nadjib )
Sandjakedine, Aaron Ruiz, Alex Cortez, Gorge )
Regalado, Trever Rosca, Jose Vasquez Baires, )
Jennifer Nichols, Alicia Cretaro, Shaniqua Raines, )
Rico Kali-Hayes, Steve Sierra, Monica Ordaz, )
Jeffrey Parker, Alain Cortave, Amir Awad, )
Michael Coschigano, Luis Moreno, Jonet Martin, )
)
               Plaintiffs, )
)
   v. )
)
ADTALEM GLOBAL EDUCATION, INC., )
formerly known as DEVRY EDUCATION )
GROUP, INC., DEVRY UNIVERSITY, INC., and )
DOES 1 through 10, )
)
               Defendants. )
)
_____)

## NOTICE OF UNOPPOSED MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on April 27, 2020 at 9:00 a.m., or as soon thereafter as the matter may be heard, Defendants DeVry University, Inc. and Adtalem Global Education Inc. (collectively, "Defendants") will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 26, for entry of the model Protective Order for Standard Litigation in the United States District Court for the Northern District of California.

1   The Motion is made on the grounds that Defendants and Plaintiffs (collectively, the
2   "Parties") agree that during discovery, they may need to exchange electronically stored
3   information ("ESI") and other documents that one or more Parties maintain should be treated as
4   confidential information.  Defendants move this Court to enter its model Protective Order for
5   Standard Litigation.  Plaintiffs are not opposed to this Court entering the model protective order,
6   but propose altering it to include the following underlined language to the first paragraph:

> The parties acknowledge that this Order does not confer blanket protections on all disclosures or response to discovery and that the protection it affords from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment <u>such as trade secrets, confidential research, development of commercial information, and information covered by the Family Educational Rights and Privacy Act (FERPA)</u>, under the applicable legal principles.

Defendants do not agree to the proposed alteration and seek entry of the unmodified model Protective Order for Standard Litigation.

This Motion is based upon this Notice of Motion, the following Memorandum of Points and Authorities, and the Declaration of William R. Andrichik.

Respectfully submitted,

DATED:  February 10, 2020

STEPTOE & JOHNSON LLP
By:   */s/ William R. Andrichik*

Laurie Edelstein (Bar No. 164466)
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Phone: (415) 365-6700
Fax:    (415) 365-6699
ledelstein@steptoe.com

Patricia B. Palacios
(admitted *pro hac vice*)
1330 Connecticut Ave. NW
Washington, DC 20036
Phone: (202) 429-3000
Fax:    (202) 429-3902
ppalacios@steptoe.com

William R. Andrichik
(admitted *pro hac vice*)

**STEPTOE & JOHNSON LLP**
One Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105

227 West Monroe Street
Suite 4700
Chicago, IL 60606
Phone: (312) 577-1300
Fax:     (312) 577-1370
wandrichik@steptoe.com

*Attorneys for Defendants*
*Adtalem Global Education Inc. and*
*DeVry University, Inc.*

**MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants in the above-entitled action and pursuant to Rule 26 of the Federal Rules of Civil Procedure, by and through their attorneys, respectfully move this Court for entry of the model Protective Order for Standard Litigation. In support of this Motion, Defendants state as follows:

1. The Defendants and Plaintiffs (collectively, the "Parties") are in the process of engaging in discovery for this case and agree that during the course of this lawsuit, it may be necessary to exchange electronically stored information ("ESI") and other documents.

2. The Parties desire to set forth a protective order regarding the protection and use of ESI and other documents produced in this lawsuit that one or more Parties maintain should be treated as confidential information.

3. There is good cause for entry of a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

4. Defendants move this Court to enter the Protective Order for Standard Litigation.

5. Plaintiffs are not opposed to this Court entering the model Protective Order for Standard Litigation but propose altering it to include the following underlined language in the first paragraph:

> The parties acknowledge that this Order does not confer blanket protections on all disclosures or response to discovery and that the protection it affords from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment <u>such as trade secrets, confidential research, development of commercial information, and information covered by the Family Educational Rights and Privacy Act (FERPA)</u>, under the applicable legal principles.

6. Defendants disagree with the proposed revision and seek entry of the model Protective Order for Standard Litigation with no modifications.

Respectfully submitted,

DATED: February 10, 2020

STEPTOE & JOHNSON LLP
By:   */s/ William R. Andrichik*

Laurie Edelstein (Bar No. 164466)
One Market Plaza

Spear Tower, Suite 3900
San Francisco, CA 94105
Phone: (415) 365-6700
Fax:    (415) 365-6699
ledelstein@steptoe.com

Patricia B. Palacios
(admitted *pro hac vice*)
1330 Connecticut Ave. NW
Washington, DC 20036
Phone: (202) 429-3000
Fax:    (202) 429-3902
ppalacios@steptoe.com

William R. Andrichik
(admitted *pro hac vice*)
227 West Monroe Street
Suite 4700
Chicago, IL 60606
Phone: (312) 577-1300
Fax:    (312) 577-1370
wandrichik@steptoe.com

*Attorneys for Defendants
Adtalem Global Education Inc. and
DeVry University, Inc.*

# CERTIFICATE OF CONFERENCE

This is to certify that on January 21, 2020, Defendants' counsel conferred via telephone with John R. Fabry, counsel for Plaintiffs, regarding the need for a protective order, and Plaintiffs' counsel advised that Plaintiffs do not oppose this Motion for a protective order.

*/s/ William R. Andrichik*
William R. Andrichik
Steptoe & Johnson LLP

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record via the ECF document filing system this 10th day of February, 2020.

**Counsel for Plaintiffs**

John R. Fabry (admitted *pro hac vice*)
Luis Muñoz (admitted *pro hac vice*)
THE CARLSON LAW FIRM, P.C.
1717 N. Interstate Highway 35, Suite 305
Round Rock, Texas 78664
JFabry@carlsonattorneys.com
LMunoz@carlsonattorneys.com

Ari Moss (Bar No. 238579)
MOSS BOLLINGER, LLP
15400 Ventura Blvd., Suite 207
Sherman Oaks, California 91403
ari@mossbollinger.com

*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　 /s/ William R. Andrichik
　　　　　　　　　　　　　　　　　William R. Andrichik
　　　　　　　　　　　　　　　　　Steptoe & Johnson LLP