JOHN R. FABRY (Admitted *Pro Hac Vice*)
JFabry@carlsonattorneys.com
LUIS MUNOZ (Admitted *Pro Hac Vice*)
LMunoz@carlsonattorneys.com
**THE CARLSON LAW FIRM, P.C.**
1717 N. Interstate Highway 35, Suite 305
Round Rock, Texas 78664
Telephone: (512) 671-7277
F: (512) 238-0275

ARI MOSS (SBN 238579)
Ari@mossbollinger.com
**MOSS BOLLINGER, L.L.P.**
15300 Ventura Blvd., Ste. 207
Sherman Oaks, California 91403
Telephone: (310) 982-2984
F: (818) 963-5954

**ATTORNEYS FOR PLAINTIFFS**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARIA ALVAREZ, ET AL.<br><br>PLAINTIFFS,<br><br>VS.<br><br>ADTALEM GLOBAL EDUCATION, INC. formerly known as DEVRY EDUCATION GROUP, INC., DEVRY UNIVERSITY, INC. AND DOES 1-10<br><br>DEFENDANTS. | **Case 4:19-cv-04079-JSW**<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ALFRED HERNANDEZ, III, WILLIAM SMITH AND JOSE VASQUEZ-BAIRES**<br><br>**[Accompanying Document: [Proposed] Order Granting Motion to Withdraw]**<br><br>**Judge: Hon. Jeffrey S. White**<br><br>Hearing Date: January 12, 2021<br>Time: 9:00 a.m.<br>Location: Court Room 5, 2nd Floor, U.S. District Court, 1301 Clay Rd. Oakland, CA 94612 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on January 12, 2021 at 9:00 a.m., in Courtroom

1

MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS                    NO. 19 CIV. 04079(JSW)

5, 2nd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612, Plaintiffs' counsel, John R. Fabry and Luis Muñoz, of The Carlson Law Firm, P.C., and Ari Moss, of Moss Bollinger, L.L.P., will and hereby do move the Court, pursuant to L.R. 11-5 and in compliance with CAL R. PROF. CONDUCT 3-700, for leave to withdraw as counsel for Plaintiffs Alfred Hernandez, III, William Smith and Jose Vasquez-Baires.

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS HERNANDEZ, SMITH, AND VASQUEZ-BAIRES**

Pursuant to Local Rule 11-5, Attorneys John R. Fabry and Luis Muñoz, of the Carlson Law Firm, P.C. and Ari Moss, of Moss Bollinger, LLP (hereinafter "Movants"), hereby request leave to withdraw as counsel for Plaintiffs Alfred Hernandez, III, William Smith and Jose Vasquez-Baires (hereinafter "Plaintiffs"). Movants state the following grounds for this notice and motion:

1. On July 25, 2019, the Court granted John R. Fabry and Luis Muñoz leave to appear *pro hac vice* in this action pursuant to Court Order. [Docs. 6 and 7].

2. Professional considerations require the termination of the representation of Plaintiffs Alfred Hernandez, III, William Smith and Jose Vasquez-Baires, by Movants. *See* ABA Comm. on Ethics and Prof'l Responsibility, Formal Opinion 476 (2016); *see also* State Bar Of Texas Prof'l Ethics Comm., Opinion No. 669 (March 2018).

3. The tension between the obligation of Plaintiffs' counsel to provide the Court with sufficient facts to rule on this motion and the duty of confidentiality to the client has been characterized as "a procedural problem that has no fully satisfactory solution." ABA Comm. on Ethics and Prof'l Responsibility, Formal Opinion 476 (2016)(citation omitted).

4. Thus, the statement that "professional considerations require termination of the representation ordinarily should be accepted as sufficient." State Bar Of Texas Prof'l Ethics

Comm., Opinion No. 669 (March 2018), citing Texas Disciplinary Rule of Prof'l Conduct 1.15 cmt 3; *see also* ABA Comm. on Ethics and Prof'l Responsibility, Formal Opinion 476 (2016).

5. In addition, these Plaintiffs did not opt-out of the class action captioned *McCormick, et al. v. Adtalem Global Ed. Inc., et al.*, Case No. 2018-CH-04872 (Cir. Ct. Cook County, Illinois).

6. Prior to filing the instant motion, Movants complied with the notice requirements of CAL R. PROF. CONDUCT 3-700, and took reasonable steps to safeguard the rights of Plaintiffs.

7. Further, Movants have notified counsel for Defendants about their intent to withdraw as counsel for these Plaintiffs. Defendants indicated that they do not oppose this motion.

8. The decision to permit counsel to withdraw is within the sound discretion of the trial court. *United States v. Carter*, 560 F.3d 1107, 1113 (9th Cir. 2009). Courts consider several factors when deciding a motion for withdrawal, including: "(1) the reasons counsel seeks to withdraw; (2) the possible prejudice that withdrawal may cause to other litigants; (3) the harm that withdrawal might cause to the administration of justice; and (4) the extent to which withdrawal will delay resolution of the case." *Deal v. Countrywide Home Loans*, No. 09-1643-SBA, 2010 WL 3702459, at *2 (N.D. Cal. Sept. 15, 2010). Movants perceive no risk to other litigants, harm to the administration of justice or delay to the plaintiffs.

9. Movants respectfully request that the Court grant their motion to withdraw.

Dated: December 8, 2020.

                          Respectfully submitted,

                          THE CARLSON LAW FIRM, P.C.
                          1717 N. Interstate Highway 35
                          Suite 305
                          Round Rock, Texas 78664
                          Phone: (512) 671-7277
                          Fax:   (512) 238-0275

By: /s/ John R. Fabry
**JOHN R. FABRY, OF COUNSEL**
*Pro Hac Vice*
JFabry@carlsonattorneys.com

By: /s/ Luis Munoz
**LUIS MUÑOZ**
*Pro Hac Vice*
LMunoz@carlsonattorneys.com

**Moss Bollinger, LLP**
15300 Ventura Blvd, Ste. 207
Sherman Oaks, California 91403
Phone: (310) 982-2984
Fax: (818) 963-5954

By: /s/ Ari Moss
**Ari Moss**
State Bar No:238579
ari@mossbillinger.com

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties have conferred regading the Motion to Withdraw and Defendants do not oppose the motion.

/s/ John R. Fabry
**John R. Fabry**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was filed and served electronically through the Court's CM/ECF system on December 8, 2020 upon the following counsel of record:

4

MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS                           NO. 19 CIV. 04079(JSW)

TERANCE A. GONSALVES
**ALSTON & BIRD, LLP**
1201 W. Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7983
F: (404) 881-7777
terance.gonsalves@alston.com

JARED M. SLADE
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX  75201
Telephone: (214) 922-3400
F: (214) 922-3899
jared.slade@alston.com

STEVEN A. ERKEL
**ALSTON & BIRD LLP**
560 Mission St., Ste. 2100
San Francisco, California 94105
Telephone: (415) 243-1000
F: (415) 243-1001
steven.erkel@alston.com

**ATTORNEYS FOR DEFENDANTS**

/s/ Luis Muñoz
**Luis Muñoz**