JOHN R. FABRY (Admitted *Pro Hac Vice*)
JFabry@carlsonattorneys.com
LUIS MUNOZ (Admitted *Pro Hac Vice*)
LMunoz@carlsonattorneys.com
**THE CARLSON LAW FIRM, P.C.**
1717 N. Interstate Highway 35, Suite 305
Round Rock, Texas 78664
Telephone: (512) 671-7277
F: (512) 238-0275

ARI MOSS (SBN 238579)
Ari@mossbollinger.com
**MOSS BOLLINGER, L.L.P.**
15300 Ventura Blvd., Ste. 207
Sherman Oaks, California 91403
Telephone: (310) 982-2984
F: (818) 963-5954

**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARIA ALVAREZ, ET AL. <br><br> **PLAINTIFFS,** <br><br> VS. <br><br> ADTALEM GLOBAL EDUCATION, INC. formerly known as DEVRY EDUCATION GROUP, INC., DEVRY UNIVERSITY, INC. AND DOES 1-10 <br><br> **DEFENDANTS.** | **Case 4:19-cv-04079-JSW** <br><br> **AMENDED NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ALFRED HERNANDEZ, III, WILLIAM SMITH AND JOSE VASQUEZ-BAIRES** <br><br> **Judge: Hon. Jeffrey S. White** <br><br> Hearing Date: January 29, 2021 <br> Time: 9:00 a.m. <br> Location: Court Room 5, 2nd Floor, U.S. District Court, 1301 Clay Rd. Oakland, CA 94612 |

**AMENDED NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ALFRED HERNANDEZ III, WILLIAM SMITH AND JOSE VASQUEZ-BAIRES TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on January 29, 2021 at 9:00 a.m., in Courtroom

5, 2nd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612, Plaintiffs' counsel, John R. Fabry and Luis Muñoz, of The Carlson Law Firm, P.C., and Ari Moss, of Moss Bollinger, L.L.P., will and hereby do move the Court, pursuant to L.R. 11-5 and in compliance with CAL R. PROF. CONDUCT 3-700, for leave to withdraw as counsel for Plaintiffs Alfred Hernandez, III, William Smith and Jose Vasquez-Baires. This Motion is based on this Amended Notice of Motion, the previously filed Unopposed Motion to Withdraw as Counsel [Dkt. 82] and such additional arguments as may be presented at or prior to the time of hearing.

Dated: December 9, 2020.

Respectfully submitted,

**THE CARLSON LAW FIRM, P.C.**
1717 N. Interstate Highway 35
Suite 305
Round Rock, Texas 78664
Phone: (512) 671-7277
Fax:    (512) 238-0275

By: /s/ John R. Fabry
**JOHN R. FABRY, OF COUNSEL**
*Pro Hac Vice*
JFabry@carlsonattorneys.com
**LUIS MUÑOZ**
*Pro Hac Vice*
LMunoz@carlsonattorneys.com

**Moss Bollinger, LLP**
15300 Ventura Blvd, Ste. 207
Sherman Oaks, California 91403
Phone: (310) 982-2984
Fax: (818) 963-5954
**Ari Moss**
State Bar No:238579
ari@mossbillinger.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was filed and served electronically through the Court's CM/ECF system on December 9, 2020 upon the following counsel of record:

TERANCE A. GONSALVES
**ALSTON & BIRD, LLP**
1201 W. Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7983
F: (404) 881-7777
terance.gonsalves@alston.com

JARED M. SLADE
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3400
F: (214) 922-3899
jared.slade@alston.com

STEVEN A. ERKEL
**ALSTON & BIRD LLP**
560 Mission St., Ste. 2100
San Francisco, California 94105
Telephone: (415) 243-1000
F: (415) 243-1001
steven.erkel@alston.com

**ATTORNEYS FOR DEFENDANTS**

/s/ Luis Muñoz
**Luis Muñoz**

3
AMENDED NOTICE OF MOTION TO WITHDRAW                    NO. 19 CIV. 04079(JSW)