UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED HERNANDEZ III, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ADTALEM EDUCATION GROUP, INC., et al.,<br><br>          Defendants. | Case No.  19-cv-04079-JSW<br><br>**ORDER REGARDING MOTION FOR JUDGMENT ON THE PLEADINGS AND TO SHOW CAUSE**<br><br>Re: Dkt. No. 90 |

Now pending before the Court is Defendants' motion for judgment on the pleadings based on the expiration of the statute of limitations for the claims of the remaining plaintiffs, Alfred Hernandez, III, William Smith, and Jose Vasquez-Baires.  The remaining plaintiffs are proceeding *pro se* and have failed to file an opposition to the pending motion.  The hearing set for May 7, 2021 is HEREBY VACATED.

The Court HEREBY ISSUES this order to show cause in writing why this matter should not be dismissed based on the expiration of the statute of limitations.  The three remaining plaintiffs must file an opposition to the pending motion in order to adequately prosecute this case.  A response to the pending motion and this Order shall be filed no later than **May 14, 2021**.  Plaintiffs are admonished that failure to file a response shall result in the dismissal of this matter without further notice.

**IT IS SO ORDERED.**

Dated:   April 27, 2021

JEFFREY S. WHITE
United States District Judge