UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED HERNANDEZ III, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ADTALEM EDUCATION GROUP, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-04079-JSW<br><br>**ORDER OF DISMISSAL** |

On April 27, 2021, this Court issued an order to the remaining plaintiffs, Alfred Hernandez, III, William Smith, and Jose Vasquez-Baires, who are proceeding *pro se* to show cause in writing by no later than May 14, 2021 why this matter should not be dismissed based on the expiration of the statute of limitations. The plaintiffs were instructed to file an opposition to the pending motions for judgment on the pleadings and to dismiss. Plaintiffs were admonished that failure to file a response to the order to show cause would result in the dismissal of this matter without further notice.

Having failed to respond to the order to show cause or to file an opposition to the pending motions, the Court HEREBY DISMISSES this matter as to the only remaining plaintiffs. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 1, 2021

_____
JEFFREY S. WHITE
United States District Judge