UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED HERNANDEZ III, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>ADTALEM EDUCATION GROUP, INC., et al.,<br><br>            Defendants. | Case No. 19-cv-04079-JSW<br><br>**JUDGMENT** |

Pursuant to the order of this date dismissing the remaining Plaintiffs in this action, Alfred Hernandez, III, William Smith, and Jose Vasquez-Baires, the Court enters final judgment in favor of Defendant and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: June 1, 2021

JEFFREY S. WHITE
United States District Judge